UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

INITIAL APPEARANCE CALENDAR

**M08-0471**

1) Magistrate Case Number: __M08-0471__
2) Defendant's Name: __Calcatena__ __Joseph__ _____
   (Last) (First) (M.I.)
3) Age: _____
4) Title: __18__ Section(s): __892(a)__
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: __5/20/08__ Date and time of arrest: __5/21/08__

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: __✓__ Yes ___No Date/Time: __5/21/08__
10) Detention Hearing Held: ___ Bail set at: __$200,000__ ROR Entered: ___ POD Entered: ___
11) Temporary Order of Detention Entered: ___ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: __✓__
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Nicole Argentieri__
14) DEFENSE COUNSEL'S NAME: __Salvatore Strazzullo__
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: ___ RET: __✓__
    Telephone Number: (___) _____
15) LOG #: __(7:05 - 7:17)__ MAG. JUDGE: __Roanne Mann__
16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    __✓__ Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety(ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE